UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| OHIO NATIONAL LIFE ASSURANCE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) ) | CASE NO. 1:23-cv-1637 |
| v. | ) ) ) | JUDGE BRIDGET MEEHAN BRENNAN |
| ALISA J. ZACCARDELLI, *et al.*, | ) ) ) | **ORDER** |
| Defendants. | ) | |

Before the Court is Ohio National Life Assurance Corporation's Motion for Leave to Deposit Its Admitted Liability and accompanying memorandum in support. (Doc. No. 2.) No opposition has been filed.

"In order to properly invoke statutory interpleader, a stakeholder must satisfy the statutory jurisdictional requirements by properly pleading: (1) the existence of actual or potential conflicting claims to a limited fund or property held by the stakeholder; (2) an amount in controversy of at least $500; and (3) minimal diversity among the competing claimants." *Lindenberg v. Jackson Nat'l Life Ins. Co.*, 912 F.3d 348, 356 (6th Cir. 2018). For the reasons stated in Plaintiff's motion and memorandum in support, the Court finds that Defendants have competing claims to $750,000 in insurance proceeds plus interest. (*See id*. ¶¶ 1, 6; Doc. No. 1 at ¶¶ 2-6, 27-30.)

The four individual claimants are citizens of Ohio. (Doc. No. 1 at ¶¶ 2-6.) The other claimant ABM Funding, Inc. is a Virginia corporation. (*Id*. ¶ 7.) There is minimal diversity

here, which suffices for the Court's exercise of jurisdiction over this statutory interpleader action.  *See State Farm Fire & Cas. Co. v. Tashire*, 386 U.S. 523, 530 (1967).

To satisfy the requirements set forth in the Interpleader Statute, 28 U.S.C § 1335, Plaintiff now seeks to deposit the insurance proceed funds with the registry of this Court.  *See* 28 U.S.C. § 1335(a)(2).  Defendant/Claimant Alisa Zaccardelli filed a response to the motion in which she asserts that it is undisputed that at least $200,000 of the proceeds should be awarded to her.  (Doc. No. 11 at 135.)  She therefore asks that the Court order those funds be paid to her at this time.  (*Id.*)  However, this Court has no jurisdiction to award anything until the funds in question are deposited with this Court.  Alisa Zaccardelli's response does not contest the Court's authority or jurisdiction to receive the deposit described in the motion.

For the reasons set forth above, Plaintiff's motion is GRANTED.  Pursuant to Federal Rules of Civil Procedure 22 and 67, and pursuant to 28 U.S.C. § 1335(a)(2), Plaintiff is hereby ORDERED to deposit the insurance proceeds and applicable interest consistent with the attached Order.  Alisa Zaccardelli's request in her response is DENIED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Date: October 12, 2023

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE