UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| OHIO NATIONAL LIFE ASSURANCE CORPORATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) ) |
| ALISA J. ZACCARDELLI, *et al.*, | ) ) ) |
| Defendants. | ) |

CASE NO. 1:23-cv-1637

JUDGE BRIDGET MEEHAN BRENNAN

**ORDER OF DEPOSIT AND INVESTMENT**
**28 U.S.C. § 1335 INTERPLEADER FUNDS**

On this day came to be heard Ohio National Life Assurance Corporation's Motion for Leave to Deposit Its Admitted Liability. The IRS defines a disputed ownership fund (DOF) as a fund established to hold money or property subject to conflicting claims of ownership. IRS regulations identify interpleader funds deposited under 28 U.S.C. § 1335 as DOFs. The funds described in Plaintiff's complaint and motion meet the IRS definition of a "disputed ownership fund" (DOF) as defined under 28 U.S.C § 1335. Said funds shall be held in interest-bearing Government Account Series securities via the Court Registry Investment System (CRIS) administered by the Administrative Office of the United States Courts. It is therefore,

ORDERED that the Clerk accept and deposit into the registry of the Court the deposit made by Ohio National Life Assurance Corporation in the amount of $750,000 plus applicable interest; it is further

ORDERED that the Clerk promptly and properly invest those funds into the CRIS Disputed Ownership Fund. Income generated from the fund investments will be reduced by an annualized 20 basis points on assets on deposit for funds held in the DOF, for the management of investments in the CRIS. According to the Court's Miscellaneous Fee Schedule, the CRIS fee is assessed from interest earnings to the pool before a pro rata distribution of earnings is made to court cases.

**IT IS SO ORDERED.**

Date: October 12, 2023

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE