# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **OHIO NATIONAL LIFE ASSURANCE CORPORATION,** | Case No. 1:23-cv-01637 |
| **Plaintiff,** | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | |
| **ALISA J. ZACCARDELLI, GINO R. ZACCARDELLI, RICHARD E. HABERKORN, MOLLY S. HABERKORN, R.H., a minor by his guardian ad litem, and ABM FUNDING, INC.,** | |
| **Defendants.** | |

## ORDER APPROVING SETTLEMENT

This matter coming before the Court on the Motion to Approve Settlement by Plaintiff Ohio National Life Assurance Corporation, now known as AuguStar Life Assurance Corporation, this Court having reviewed the Motion and the Confidential Settlement Agreement and Release ("Agreement") between these parties that was submitted as Exhibit A for *in camera* review, and being fully informed in the premises, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

(a) The parties to this litigation and the parties to the Agreement reached a resolution of their disputes in this case;

(b) The Agreement was signed by the following parties on the following dates:

1. Alisa J. Zaccardelli on March 11, 2024;
2. Gino R. Zaccardelli on March 11, 2024;
3. Richard E. Haberkorn on March 25, 2024;
4. Sarah Molly Lynn Haberkorn on March 12, 2024;
5. Richard E. Haberkorn, on behalf of minor R.H., as his father and guardian, on March 25, 2024;
6. ABM Funding, Inc., by Scott E. Baker, Vice President, on March 11, 2024;

1

7. Reline, Inc., by Richard E. Haberkorn, President, on March 25, 2024;
8. RJHIP, LLC, by Richard E. Haberkorn, Member, on March 25, 2024;
9. The Richard J. Haberkorn Revocable Living Trust Dated June 2, 2008, by Janice L. Haberkorn, as Successor Trustee of the Richard J. Haberkorn Revocable Living Trust Dated June 2, 2008, on March 11, 2024; and
10. AuguStar Life Assurance Corporation, by Karen Losher, Second VP Inforce Operations, on March 27, 2024.

(c) The parties to this litigation and the parties to the Agreement agreed and represented that the settlement reflected in the Agreement is fair and reasonable, that Richard E. Haberkorn is acting as the legal guardian of R.H. as recognized by this Court, and that the Court has jurisdiction over all parties to the Agreement;

(d) Further, the parties to the litigation and the parties to the Agreement agreed to move the Court to approve this settlement, which involves minor R.H., and to file all necessary documents to obtain court approval of this settlement;

(e) The Court agrees that the settlement reflected in the Agreement, which it reviewed *in camera*, is fair and reasonable and in the best interest of minor R.H.;

(f) The Court approves the settlement set forth in the Agreement; and

(g) The Court states that Richard E. Haberkorn was authorized to sign the Agreement on behalf of minor R.H. as his father and guardian, and, by signing the Agreement on behalf of R.H., Richard E. Haberkorn has bound R.H. to the terms and provisions of the Agreement.

 April 25, 2024 
DATE

_____
JUDGE BRIDGET MEEHAN BRENNAN