UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| OHIO NATIONAL LIFE ASSURANCE CORPORATION, | ) ) ) | CASE NO. 1:23-cv-1637 |
| Plaintiff, | ) ) | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | ) ) | |
| ALISA J. ZACCARDELLI, *et al.*, | ) ) | **JUDGMENT ENTRY** |
| Defendants. | ) ) | |

This action is dismissed with prejudice pursuant to the parties' settlement agreement, which this Court approved. (*See* Doc. No. 30.) This matter is closed.

**IT IS SO ORDERED.**

**Date:** April 25, 2024

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE