# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| OHIO NATIONAL LIFE ASSURANCE CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:23-cv-01637-BMB<br>) |
| ALISA J. ZACCARDELLI, GINO R. ZACCARDELLI, RICHARD E. HABERKORN, MOLLY S. HABERKORN, R.H., a minor by his guardian ad litem, and ABM FUNDING, INC., | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## MOTION FOR ENTRY OF AGREED ORDER DISTRIBUTING FUNDS

Plaintiff Ohio National Life Assurance Corporation, now known as AuguStar Life Assurance Corporation ("ONLAC"), by and through its undersigned counsel, moves this Honorable Court for an Order directing disbursement of the funds held in the Registry of the Court in this matter.

1. On or about November 2, 2023, ONLAC deposited Seven Hundred Sixty-Five Thousand Seven Hundred Eighteen and 01/100 Dollars ($765,718.01) with the Clerk of the United States District Court for the Northern District of Ohio related to this matter.

2. The Parties have since settled this matter and request that these funds, and any accrued interest, be disbursed as follows:

   (a) $9,214.54 of the $765,718.01 on deposit shall be disbursed to ABM Funding, Inc., via a check payable to "ABM Funding, Inc." which will be mailed to Scott Baker, ABM Funding, Inc., 755 E. Church Street, PO Box 5466, Martinsville, VA 24115; and

(b) the remaining $756,503.47 on deposit, plus any interest earned on the funds on deposit, shall be disbursed to Alisa J. Zaccardelli, via a check payable to "Alisa J. Zaccardelli" which will be mailed to her attorneys Wuliger & Wuliger, 2003 St. Clair Avenue, Cleveland, Ohio, 44114.

2. All Parties to this Litigation have agreed to the distribution that is requested herein and reflected in the Agreed Order Distributing Funds attached as <u>Exhibit 1</u>.

3. ONLAC respectfully requests that the Court enter the Agreed Order Distributing Funds attached hereto as <u>Exhibit 1</u>.

**WHEREFORE**, Plaintiff Ohio National Life Assurance Corporation, now known as AuguStar Life Assurance Corporation, respectfully requests that this Honorable Court grant this Motion for Entry of Agreed Order Distributing Funds and enter an Order in the form attached hereto as <u>Exhibit 1</u>.

Dated: April 30, 2024              CHITTENDEN, MURDAY & NOVOTNY LLC

By: <u>/s/ *Julie F. Wall*</u>
    Julie F. Wall
    One of the attorneys for Plaintiff Ohio
    National Life Assurance Corporation, now
    known as AuguStar Life Assurance
    Corporation

Donald A. Murday
Julie F. Wall
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street, Suite 2400
Chicago, Illinois 60606
(312) 281-3600 (phone)
(312) 281-3678 (fax)
dmurday@cmn-law.com
jwall@cmn-law.com